| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Korula Cherian SBN 000000<br>Capshaw DeRieux, LLP<br>114 E. Commerce Ave.<br>Gladewater, TX 75647<br>ATTORNEY FOR  Plaintiff | TELEPHONE NUMBER<br>(903) 235-2833 | FOR COURT USE ONLY |
|---|---|---|
| EASTERN DISTRICT, MARSHALL<br>100 East Houston Street<br>Marshall, TX 75670 | | |
| SHORT TITLE OF CASE:<br>Team Worldwide Corporation v. Sears, Roebuck & Co. | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>2:20-cv-6 |
| | **Declaration of Service** | Ref. No. or File No:<br>1536-002 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons; Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Civil Cover Sheet;**

On: **Sears, Roebuck & Co.**

I served the summons at:

**1999 Bryan Street 900  Dallas, TX 75201**

On: **1/10/2020**          Date:  **12:30 PM**

In the above mentioned action  by personally serving to and leaving with

**Terri thongsavat  - Agent for CT Corp**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Caleb Malone**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **322.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Caleb Malone          Date: 01/10/2020

Declaration of Service          Invoice #: 3278624