AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| TEAM WORLDWIDE CORPORATION <br><br> *Plaintiff(s)* <br> v. <br> SEARS, ROEBUCK & CO., ET AL. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:20-CV-6 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEARS HOLDINGS CORPORATION
C/O Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  KORULA T. CHERIAN
RUYAKCHERIAN LLP
1700 K St. NW, Suite 810
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __1/9/20__     David A. O'Poole
                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-CV-6.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P.4(l))*

This summons & complaint for *(name of individual and title, if any)* **Sears Holdings Corporation** was received by me on **1/10/2020**.

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ at _____, and mailed a copy to the individual's last known address; or

[ X ] I served the summons & complaint on *(name of individual)* **Amy McLaren, operations manager,** at **c/o Corporation Trust Co., 1209 Orange Street, Wilmington, DE 19801**, who is designated by law to accept service of process on behalf of *(name of organization)* **Sears Holdings Corporation**, on *(date)* **1/13/2020** at **10:38 a.m.**; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that is information is true.

Date: **1/14/2020**

*Server's signature*

**David A. Buchler**, Special Process Server

O'Rourke Investigative Associates, Inc.
1225 North King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

Additional information regarding attempted service, etc: