# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TEAM WORLDWIDE CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>ACADEMY, LTD D/B/A ACADEMY SPORTS + OUTDOORS,<br><br>*Defendants*. | § § § § § § § § § § § | CIVIL ACTION NO. 2:19-CV-00092-JRG<br>(LEAD CASE) |
| v.<br><br>ACE HARDWARE CORPORATION,<br><br>*Defendant*. | § § § § § | CIVIL ACTION NO. 2:19-CV-00093-JRG<br>(MEMBER CASE) |
| v.<br><br>AMAZON.COM, INC., AMAZON.COM LLC,<br><br>*Defendants*. | § § § § § § | CIVIL ACTION NO. 2:19-CV-00094-JRG<br>(MEMBER CASE) |
| v.<br><br>BED BATH & BEYOND INC.,<br><br>*Defendant*. | § § § § § | CIVIL ACTION NO. 2:19-CV-00095-JRG<br>(MEMBER CASE) |
| v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>*Defendants*. | § § § § § § § | CIVIL ACTION NO. 2:19-CV-00096-JRG<br>(MEMBER CASE) |

| | | |
|---|---|---|
| v.<br><br>DICK'S SPORTING GOODS, INC.,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:19-CV-00097-JRG<br>(MEMBER CASE) |
| v.<br><br>HOME DEPOT PRODUCT AUTHORITY, LLC, HOME DEPOT U.S.A., INC.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:19-CV-00098-JRG<br>(MEMBER CASE) |
| v.<br><br>MACYS.COM, LLC, MACY'S RETAIL HOLDINGS, INC.<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:19-CV-00099-JRG<br>(MEMBER CASE) |
| v.<br><br>TARGET CORPORATION,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:19-CV-00100-JRG<br>(MEMBER CASE) |
| v.<br><br>SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION, MACY'S RETAIL HOLDINGS, INC., TRANSFORM SR LLC, TRANSFORM KM LLC,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:20-CV-00006-JRG<br>(MEMBER CASE) |

## **ORDER**

The Court issues this Order *sua sponte*. The above-captioned consolidated cases are hereby **REASSIGNED** to the Hon. Robert W. Schroeder III.

**So ORDERED and SIGNED this 22nd day of October, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE